**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CR-22-151-R |
| | ) | |
| SHANNON LONGMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Defendant's Motion for Reconsideration and/or to Extend Time to File Reply Based on Excusable Neglect [Doc. No. 66].

On April 2, 2026, the Court entered an order directing Defendant to show cause by May 4, 2026 as to why his § 2255 Motion should not be dismissed as untimely.[1] On June 1, 2026, Defendant filed a response [Doc. No. 61] stating that he "received the District Court Order for Petitioner to file a Reply Order to Show Cause" and arguing that summary dismissal was unwarranted. After considering the pertinent filings, including Defendant's response to the show cause order, the Court dismissed the § 2255 Motion as untimely [Doc. No. 62]. Shortly thereafter, Defendant filed a letter [Doc. No. 64] requesting additional time to respond to the show cause order. The Court denied the requested extension as moot because the Court had already received Defendant's response and denied the § 2255 motion.

---

[1] The mailing containing the show cause order was returned as undeliverable. The order was re-mailed on May 8, 2026 and was not returned.

1

Now, in his present motion, Defendant states that he did not receive the Court's show cause order until close to the response deadline due to a delay in the prison mail system and he filed his reply as soon as possible. He seeks reconsideration of any order dismissing this action for failure to timely respond, an extension of time to file a reply brief, and that his reply brief be deemed timely filed.

Initially, the Court notes that it did not dismiss Defendant's § 2255 motion for failure to respond. Rather, the motion was dismissed because the motion itself was untimely, i.e. not filed within the one-year limitations period set out in 28 U.S.C. § 2255(f). Further, although Defendant's response to the show cause order was received after the deadline, the Court considered the arguments asserted in the response before entering its order dismissing the motion. Because Defendant received the order to show cause, filed a response, and the Court considered the response, Defendant's request to deem his filing timely or extend the time to respond is moot. To the extent Defendant seeks an additional opportunity to submit a second response to the show cause order, he has not adequately explained why that relief would be warranted or identified any additional arguments that he might raise.

Accordingly, Defendant's Motion for Reconsideration and/or to Extend Time to File Reply Based on Excusable Neglect [Doc. No. 66] is denied.

IT IS SO ORDERED this 27th day of July, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

2